# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br><br>Plaintiff<br><br>vs.<br><br>Jeannine F. Setterlund f/n/a Jeannine M. Bellefleur<br>Defendant | CIVIL ACTION NO: 2:19-cv-00048-LEW<br><br>RE:<br>244 Old Union Road, Washington, ME 04574<br><br>Mortgage:<br>March 15, 2006<br>Book 3591, Page 60 |

## CONSENT JUDGMENT OF FORECLOSURE AND SALE

Now comes the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, and the Defendant, Jeannine F. Setterlund f/n/a Jeannine M. Bellefleur and hereby submits this Consent Judgment of Foreclosure and Sale.

Count II – Breach of Note, Count III – Breach of Contract, Money Had and Received, Count IV – Quantum Meruit, and Count V – Unjust Enrichment, are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure, is hereby **ENTERED** as follows:

1. If the Defendant or their heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($278,812.80) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.

2. If the Defendants or their heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($278,812.80) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Washington Property shall terminate, U.S. Bank shall conduct a public sale of the Washington Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $278,812.80 after deducting the expenses of the sale, with any surplus to the Defendant, or their heirs or assigns, in accordance with 14 M.R.S.A. § 6324. U.S. Bank may not seek a deficiency judgment against the Defendant pursuant to the Defendant's discharge in bankruptcy.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $278,812.80.

5. U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust has first priority, in the amount of $278,812.80, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendants, who have second priority.

6. No public utility easements survive the foreclosure.

7. The prejudgment interest rate is 2.00000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 6.65%, *see* 14 M.R.S.A. § 1602-C.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | John A. Doonan, Esq. Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center, Suite 225D Beverly, MA 01915 |
| DEFENDANT | Jeannine F. Setterlund f/n/a Jeannine M. Bellefleur 151 Philadelphia Boulevard Palm Harbor, FL 34684 | Pro Se |

a) The docket number of this case is No. 2:19-cv-00048-LEW.

b) The Defendants, the only parties to these proceedings besides U.S. Bank, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 244 Old Union Road, Washington, ME 04574, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 244 Old Union Road, Washington, ME 04574. The Mortgage was executed by the Defendants on March 15, 2006. The book and page number of the Mortgage in the Knox County Registry of Deeds is Book 3591, Page 60.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 244 Old Union Road, Washington, ME 04574.

Dated:  March 1, 2019 /s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915

Dated:  February 22, 2019 /s/ Jeannine F. Setterlund
Jeannine F. Setterlund f/n/a Jeannine M. Bellefleur
151 Philadelphia Boulevard
Palm Harbor, FL 34684

**SO ORDERED.**

**DATED THIS 5TH DAY OF MARCH, 2019**     /s/Lance E. Walker
**LANCE E. WALKER**
**U.S. DISTRICT JUDGE**